# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2025

*The Court of Appeals hereby passes the following order:*

### A25D0378. TIFFANY STALLWORTH v. SREIT LAKEWOOD VILLAS ATL LLC et al.

Landlord SREIT Lakewood Villas ATL LLC commenced dispossessory proceedings against tenant Tiffany Stallworth in magistrate court. That court entered default judgment in the amount of $11,289.60 for past due rent and issued a writ of possession. Stallworth then filed this application for discretionary appeal seeking review of the magistrate court's ruling. We, however, lack jurisdiction.

"[T]he only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Under the Georgia Constitution, "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or  venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; accord Court of Appeals Rule 11 (b). To the extent an application for discretionary appeal represents an attempt to appeal a magistrate order, this Court routinely transfers such applications to state or superior court.[1] Under OCGA § 15-10-41 (b) (2), however, "[n]o appeal shall lie from a default judgment[.]" Because Stallworth has no right to appeal the magistrate court's default judgment, we decline

---

[1] Under OCGA § 5-3-4 (a), state and superior courts have appellate jurisdiction over final judgments of lower judicatories.

to transfer this case to state or superior court. Rather, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___05/20/2025_____

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*